IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT S. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE LLC (GSK), AND JOHN DOES 1 through 3,<br><br>Defendants. | Civil Action No. 2:10-cv-6701 |

## JOINT STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel for the respective parties to the above-captioned action, Robert S. Smith and Defendant GlaxoSmithKline LLC ("GSK") (sued herein as SmithKline Beecham Corporation d/b/a GlaxoSmithKline LLC), that the time for Defendant to move, plead or otherwise respond to the Robert S. Smith's Complaint be and hereby is extended until forty-five (45) days following the transfer of this action to the Multidistrict Litigation entitled *In re: Avandia Marketing, Sales Practices and Products Liability Litigation*, Case No. 2:07-md-01871-CMR, and that Defendant hereby waives any personal jurisdiction defense based on any defect in service of process or insufficient service of process.

Respectfully submitted,

By: /s/ Ellen Relkin  
    Ellen Relkin  
    WEITZ & LUXENBERG, P.C.  
    *A New York Professional Corporation*

By: /s/ Melissa A. Chuderewicz  
    John F. Brenner  
    Melissa A. Chuderewicz  
    PEPPER HAMILTON LLP

#13682312 v1

| | |
|---|---|
| 210 Lake Drive East, Suite 101<br>Cherry Hill, New Jersey 08002<br>Telephone (856) 755-1115<br>Facsimile (856) 755-1995<br>Email: ERelkin@weitzlux.com<br><br>*Attorneys for Plaintiff* | *A Pennsylvania Limited Liability Partnership*<br>Suite 400<br>301 Carnegie Center<br>Princeton, NJ  08543-5276<br>(609) 452-0808<br>Email:  brennerj@pepperlaw.com<br>            chuderem@pepperlaw.com<br><br>*Attorney for Defendant GlaxoSmithKline LLC* |
| Dated:  Cherry Hill, NJ<br>January 10, 2011<br><br>Dated: *January 13*, 2011 | Dated:  Princeton, NJ<br>January 10, 2011<br><br>**SO ORDERED**<br><br>Hon. Esther Salas<br>United States Magistrate Judge |

913676908 v1